IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | 8:08CR272 |
| Plaintiff,      ) | |
| ) | |
| vs.                                               ) | ORDER |
| ) | |
| LORELL AMMONS,                           ) | |
| ) | |
| Defendant.     ) | |

This matter is before the court on the motion to continue by defendant Lorell Ammons (Ammons) (Filing No. 19). Ammons seeks a continuance of the trial of this matter which is scheduled for November 3, 2008. Ammons's counsel represents that counsel for the government has no objection to the motion. Ammons has filed an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Ammons's motion to continue trial (Filing No. 19) is granted.

2. Trial of this matter is re-scheduled for **December 1, 2008,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **October 21, 2008 and December 1, 2008,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 21st day of October, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge