## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:08CR272** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **LORELL AMMONS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion to continue by defendant Lorell Ammons (Ammons) (Filing No. 27). Ammons seeks a continuance of the trial of this matter which is scheduled for January 5, 2009. Ammons's counsel represents that Ammons consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Ammons's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1.      Ammons's motion to continue trial (Filing No. 27) is granted.

2.      Trial of this matter is re-scheduled for **February 2, 2009,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **December 24, 2008 and February 2, 2009,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 24th day of December, 2008.

BY THE COURT:

 s/Thomas D. Thalken
 United States Magistrate Judge